**EQUITY INVESTMENTS PARTNERS, LP, Plaintiff–Counter–Defendant– Appellant,**

v.

**UNITED STATES of America, Internal Revenue Service, Defendant–Counter– Claimant–Appellee,**

**Randolph Lenz, Defendant–Counter– Defendant Appellant,**

**Equity Investment Partners, LLC, Counter–Defendant Appellant.**

No. 09–14871.

United States Court of Appeals, Eleventh Circuit.

April 29, 2010.

Eric Allan Lee, Lee & Amtzis, P.L., Boca Raton, FL, for Appellants.

Randolph L. Hutter, Bruce R. Ellisen, U.S. Dept., of Justice, App. Tax Div., Washington, DC, for U.S. & IRS.

Before BIRCH and MARCUS, Circuit Judges, and HODGES,* District Judge.

PER CURIAM:

Subsequent to the briefing in this case we decided the case of *Equity Investment Partners, LP v. Lenz,* 594 F.3d 1338 (11th Cir.2010). Having requested and received supplemental briefing in this case from the parties, it is clear that the district court relied upon a legal principle that was rejected by our court in *Lenz* in granting summary judgment to the appellee. Accordingly, we REVERSE the judgment of the district court and REMAND the case for further consideration in light of *Lenz.*

Appellee's motion to reschedule oral argument from May 13, 2010 to May 11, 2010 is hereby DENIED as moot.

REVERSED AND REMANDED.